# EXHIBIT H



**Invoice 233794**

| | | |
|---|---|---|
| **To:**<br>New York YIMBY<br>Nikolai Fedak<br>1 West Street<br>Apt 2408<br>New York, New York 10004<br>United States<br>VAT# | **From:**<br>Euclid Services Ltd.<br>3 Photiou Street River Court,<br>Block B 6th Floor, Office 35<br>1095, Nicosia Cyprus<br>VAT# 10311459I | **Invoice** 233794<br>**Date of Invoice** 05/06/2017<br>**Due Date** 03/07/2017<br><br>**Status: Paid**<br>**Balance: €0.00 EUR** |

| Description | Taxed | Unit cost | Qty | Price |
|---|---|---|---|---|
| Dedicated Servers New-Quadcore 1 (03/07/2017 - 02/07/2019) | Yes | €4,776.00 EUR | 1.00 | €4,776.00 EUR |
| | | **Subtotal:** | | €4,776.00 EUR |
| | | **Credit** | | €0.00 EUR |
| | | **Total** | | **€4,776.00 EUR** |

**Related transactions:**

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| 05/06/2017 | Credit Cards (VISA/MC) | Z1JIQRS7MQPN5E | €4,776.00 EUR |
| | | **Balance** | **€0.00 EUR** |

Euclid Services Ltd. 2016